UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| KIMBERLY SUE ATKISON, et al., | ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) No. 4:06-CV-1694 (CEJ) ) |
| STEAK N SHAKE, INC., et al., | ) ) ) |
| Defendants. | ) |

**ORDER**

On December 20, 2006, plaintiffs filed a motion to remand which contains the names of minor children. Pursuant to the E-Government Act of 2002, as amended, the policies of the Judicial Conference of the United States, and the Administrative Order of this Court, such personal identifiers must be redacted in publicly-filed documents. See In re Business of the Court: Redaction of Personal Identifiers, Administrative Order (E.D. Mo. Oct. 8, 2004). A copy of the order may be found at the Court's website: **www.moed.uscourts.gov**.

Accordingly,

**IT IS HEREBY ORDERED** that the Clerk of Court shall immediately disable the links in the CM/ECF system to plaintiffs' motion to remand [#14].

**IT IS FURTHER ORDERED** that plaintiffs shall have until January 8, 2007, to re-file their motion to remand, redacted in compliance with the Administrative Order of October 8, 2004.

_____
CAROL E. JACKSON
UNITED STATES DISTRICT JUDGE

Dated this 3rd day of January, 2007.